NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**DELPHI CORPORATION, DELPHI AUTOMOTIVE SYSTEMS, LLC, DPH HOLDINGS CORPORATION, GENERAL MOTORS CORPORATION, GENERAL MOTORS COMPANY, LLC, GENERAL MOTORS LLC, FORD MOTOR COMPANY, VOLVO CARS OF NORTH AMERICA, INC., AND HYUNDAI MOTOR AMERICA,**
*Defendants-Appellees,*

AND

**NISSAN NORTH AMERICA, INC.,**
*Defendant-Appellee,*

AND

**MERCEDES-BENZ USA, LLC,**
*Defendant-Appellee,*

AND

**FUJI HEAVY INDUSTRIES USA, INC.,**
*Defendant-Appellee,*

AND

**MOTORS LIQUIDATION COMPANY,**
*Defendant.*

---

2011-1292

---

Appeal from the United States District Court for the Eastern District of Michigan in consolidated case nos. 08-CV-11048 and 10-CV-10647, Judge Robert H. Cleland.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion to reinstate this appeal so that the appellant can file a motion to remand,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, and the appeal will be reinstated, if the appellant files a motion to remand within 21 days of the date of filing of this order.

FOR THE COURT

__DEC 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew J. Kochanowski, Esq.
John R. Hutchins, Esq.
Paul Richard Steadman, Esq.
David M. Schnorrenberg, Esq.
Reginald J. Hill, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2011

JAN HORBALY
CLERK